■ In the Matter of THOMAS J. KEEGAN, Petitioner, v. ARTHUR MARKE-WICH, as a Justice of the Supreme Court of the State of New York, Presiding over an Extraordinary Special and Trial Term Thereof in the County of Suffolk, Respondent.— Application by petitioner, pursuant to article 78 of the Civil Practice Act, to prohibit respondent from interfering or attempting to interfere with petitioner's practice of law, pending petitioner's appeal from

a judgment of conviction. It appears that on October 4, 1960, a certificate of reasonable doubt as to whether the judgment should stand, was duly made and filed. Application granted (Code Crim. Pro., § 527). Cross motion by respondent to dismiss petition denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.